```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JAMARUS SMITH
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMARUS SMITH,<br><br>　　　　Defendant. | No. 10-187 MCE<br><br>STIPULATION AND ORDER TO SCHEDULE MOTION HEARING TOGETHER WITH BRIEFING SCHEDULE<br><br>Date:　June 10, 2010<br>Time:　9:00 a.m.<br>Judge: Hon. Morrison C. England |

　　　The parties stipulate, through counsel, Jason Hitt, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Smith, that the Court should vacate the status conference on June 10, 2010, at 9:00 a.m., and reset this case for hearing on defense motions on August 19, 2010, at 9:00 a.m.

　　　The defense will file motions on or before July 22, 2010.  The government will file its opposition on or before August 5, 2010.  The defense will reply on or before August 12, 2010.  The parties anticipate that the August 19, 2010, hearing will be non-evidentiary in nature, and that if an evidentiary hearing is necessary, the parties will schedule it with the Court's consent on August 19, 2010.

1

It is further stipulated between the parties that the Court should exclude the period from the date of this order through August 19, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Smith's request outweigh the best interest of the public and Mr. Smith in a speedy trial, and that this is an appropriate exclusion of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4) (defense preparation), and 18 U.S.C. § 3161(h)(1)(D) (Local Code E) (pretrial motions).

Dated: June 7, 2010                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys for Defendant

Dated: June 7, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for Jason Hitt
                                       _____
                                       JASON HITT
                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the hearing on August 19, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4), and 18 U.S.C. § 3161(h)(1)(D) (Local Code E).

Dated: June 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3