```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JAMARUS SMITH
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10-187 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
|  | ) MOTION HEARING TOGETHER WITH |
| v. | ) BRIEFING SCHEDULE |
| JAMARUS SMITH, | ) Date: August 19, 2010 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |
| _____ | ) |

The parties stipulate, through counsel, Jason Hitt, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Smith, that the Court should vacate the motion hearing on August 19, 2010, at 9:00 a.m., and reset this case for hearing on defense motions on August 26, 2010, at 9:00 a.m.

The defense will file motions on or before July 29, 2010. The government will file its opposition on or before August 12, 2010. The defense will reply on or before August 19, 2010. The parties anticipate that the August 26, 2010, hearing will be non-evidentiary in nature, and that if an evidentiary hearing is necessary, the parties will schedule it with the Court's consent on August 26, 2010.

1

1   It is further stipulated between the parties that the Court should
2 exclude the period from the date of this order through August 26, 2010,
3 when it computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting Mr.
6 Smith's request outweigh the best interest of the public and Mr. Smith
7 in a speedy trial, and that this is an appropriate exclusion of time
8 within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4)
9 (defense preparation), and 18 U.S.C. § 3161(h)(1)(D) (Local Code E)
10 (pretrial motions).

11 Dated: July 19, 2010            Respectfully submitted,

12                                 DANIEL BRODERICK
                                   Federal Defender
13
                                   /s/ M.Petrik
14                                 _____
                                   MICHAEL PETRIK, Jr.
15                                 Assistant Federal Defender
                                   Attorneys for Defendant
16

17 Dated: July 19, 2010            BENJAMIN B. WAGNER
                                   United States Attorney
18
                                   /s/ M.Petrik for Jason Hitt
19                                 _____
                                   JASON HITT
20                                 Assistant U.S. Attorney

28                                        2

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the hearing on August 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4), and 18 U.S.C. § 3161(h)(1)(D) (Local Code E).

Dated: July 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3