```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  Case No. 2:10-cr-00187 MCE
                                )
12            Plaintiff,        )  STIPULATION AND
                                )  ORDER RESETTING THE BRIEFING
13       v.                     )  SCHEDULE FOR DEFENDANT
                                )  SMITH'S MOTION TO SUPPRESS
14  JAMARUS SMITH,              )
                                )
15            Defendant.        )
                                )
16
17       Plaintiff, United States of America, by its counsel,
18  Assistant United States Attorney Jason Hitt, and defendant
19  Jamarus SMITH, by his counsel, Michael Petrik, Esq., hereby
20  stipulate and agree that the briefing schedule on defendant's
21  motion to suppress evidence should be reset as follows:
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28
```

```
Government's Response:    November 5, 2010
Defendant's Reply:        November 12, 2010
Hearing:                  November 18, 2010, at 9:00 a.m.


                          Respectfully Submitted,

                          BENJAMIN B. WAGNER
                          United States Attorney


DATED: October 15, 2010   By: /s/Jason Hitt
                              JASON HITT
                              Assistant U.S. Attorney


DATED: October 15, 2010   By: /s/Jason Hitt for Michael Petrik
                              Authorized to sign for
                              Mr. Petrik on 09/10/10
                              Attorney for Mr. SMITH
```

**ORDER**

Based upon the representation and stipulation of counsel, the Court adopts the revised briefing schedule as follows:

| | |
|---|---|
| Government's Response: | November 5, 2010 |
| Defendant's Reply: | November 12, 2010 |
| Hearing: | November 18, 2010, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: October 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE