```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    JAMARUS SMITH
 7

 8              UNITED STATES DISTRICT COURT

 9              EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )  No. 2:10-cr-00187-MCE
                                 )
11              Plaintiff,       )  STIPULATION AND ORDER TO CONTINUE
                                 )  MOTION HEARING TOGETHER WITH
12       v.                      )  BRIEFING SCHEDULE
                                 )
13  JAMARUS SMITH,               )  Date: January 27, 2011
                                 )  Time: 9:00 a.m.
14              Defendant.       )  Judge: Hon. Morrison C. England
    _____)
15
```

16    The parties stipulate, through counsel, Jason Hitt, Assistant

17 United States Attorney, and Michael Petrik, Jr., attorney for Mr.

18 Smith, that the Court should vacate the motion hearing on January 27,

19 2011, at 9:00 a.m., and reset this case for hearing on defense motions

20 on February 3, 2011, at 9:00 a.m.

21    The parties also stipulate that the defense may file a reply brief

22 on or before January 27, 2011.

23    The parties anticipate that the February 3, 2011, hearing will be

24 non-evidentiary in nature, and that if an evidentiary hearing is

25 necessary, the parties will schedule it with the Court's consent on

26 February 3, 2011.

27

28                                  1

1    It is further stipulated between the parties that the Court should
2 exclude the period from the date of this order through February 3,
3 2011, when it computes the time within which the trial of the above
4 criminal prosecution must commence for purposes of the Speedy Trial
5 Act.  The parties stipulate that the ends of justice served by granting
6 Mr. Smith's request outweigh the best interest of the public and Mr.
7 Smith in a speedy trial, and that this is an appropriate exclusion of
8 time within the meaning of 18 U.S.C. § 3161(h)(1)(D) (Local Code E)
9 (pretrial motions).

Dated: January 10, 2011            Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys for Defendant

Dated: January 10, 2011            BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for Jason Hitt
                                   _____
                                   JASON HITT
                                   Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the hearing on February 3, 2011, pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E).

Dated: January 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3