1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   JAMARUS SMITH
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. 2:10-cr-00187-MCE
                                  )
11               Plaintiff,       ) NOTICE OF MOTION, MOTION, AND
                                  ) ORDER TO EXTEND FILING DATE FOR
12     v.                         ) DEFENDANT'S REPLY BRIEF TO
                                  ) JANUARY 31, 2011
13 JAMARUS SMITH,                 )
                                  ) Date:  February 3, 2011
14               Defendant.       ) Time:  9:00 a.m.
   _____) Judge: Hon. Morrison C. England
15

16      Counsel for Mr. Smith moves the Court to extend the filing date

17 for the reply brief in this case from January 27, 2011, to January 31,

18 2011.

19      Counsel for the defense could not finalize and file the reply

20 brief on January 27, 2011, because counsel had no option but to remain

21 at home to provide child care (the usual child care provider could not

22 work because of illness).  Counsel could not finalize and file the

23 reply brief on January 28, 2011, because counsel had duty attorney

24 obligations, and because the data lines at the Office Of The Federal

25 Defender were inoperative the entire day.

26 / / /

27

28 Motion To Extend Filing              1                      10-187 MCE

1  Counsel for the defense respectfully requests that the Court
2  excuse the lateness of the reply brief, and allow it to be filed on
3  January 31, 2011.
4  Dated: January 31, 2011                Respectfully submitted,
5                                         DANIEL BRODERICK
                                          Federal Defender
6
                                          /s/ M.Petrik
7                                         _____
                                          MICHAEL PETRIK, Jr.
8                                         Assistant Federal Defender
                                          Attorneys for Defendant
9
10                        **ORDER**
11  Good cause shown, for the reasons stated above, **IT IS SO ORDERED.**
12
13  Dated: February 2, 2011
14
15                                         _____
                                           MORRISON C. ENGLAND, JR.
16                                         UNITED STATES DISTRICT JUDGE

28  Motion To Extend Filing                2                      10-187 MCE