UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England<br>United States District Judge<br>Sacramento, California | **RE:  Jamarus Smith**<br>**Docket Number:  0972 2:10CR00187-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Jamarus Smith is requesting permission to travel to the Bahamas.   Jamarus Smith is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On September 6, 2011, Jamarus Smith was sentenced for the offense(s) of 18 USC 924(c)(1) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime (Class A Felony).

**Sentence Imposed:**  60 months Bureau of Prisons; 60 months Supervised Release; $100 Special assessment (paid).

**Dates and Mode of Travel:**  April 19, 2017, – April 28, 2017.  Mode of travel will be submitted upon approval.

**Purpose:**  Wedding/Getting Married

**RE:** Jamarus Smith
   Docket Number: 0972 2:10CR00187-001
   <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:   August 12, 2016
         Fresno, California
         TDM/rmv

/s/ Brian J. Bedrosian

**REVIEWED BY:**   **BRIAN J. BEDROSIAN**
   **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

**Dated:  August 16, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX