UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | RE:  **Jamarus Smith**<br>      **Docket Number:  0972 2:10CR00187-001**<br>      <u>**PERMISSION TO TRAVEL**</u><br>      <u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Jamarus Smith is requesting permission to travel to Riviera Maya, Cancun, Mexico.  A travel request had been previously requested with Court approval to the Bahamas.  Travel plans have now changed to Cancun, Mexico.   Jamarus Smith is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On September 6, 2011, Jamarus Smith was sentenced for the offense(s) of 18 USC 924(c)(1) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime (Class A Felony).

**Sentence Imposed:**  60 months Bureau of Prisons; 60 months Supervised Release; $100 Special assessment (paid).

**Dates and Mode of Travel:**  Travel dates are April 28, 2017, through May 5, 2017.  Traveling by United Airlines.

**Purpose:**  Wedding/Getting Married

**RE:** **Jamarus Smith**
**Docket Number:  0972 2:10CR00187-001**
**<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:    January 31, 2017
          Fresno, California
          TDM/rmv

/s/ Brian J. Bedrosian
**REVIEWED BY:**   **BRIAN J. BEDROSIAN**
                   **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒    Approved         ☐    Disapproved

**Dated: February 7, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE